UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Selena S. Randolph,<br>  Plaintiff,<br><br>v.<br><br>WBL SPE II, LLC, as successor to<br>World Business Lenders, LLC,<br>  Defendant. | COMPLAINT SEEKING<br>DECLARATORY AND<br>INJUNCTIVE RELIEF<br><br>Civil Case No. _____ |

# EXHIBIT 1 – Randolph's Bank Statement

 **Citizens Bank**

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Commercial Account Statement**

 OF 2

Beginning January 01, 2014
through January 31, 2014

*Commercial Checking continued from previous page*

**Other Debits (continued)**

| Date | Amount | Description |
|---|---|---|
| 01/08 | 674.95 | Online Transfer To Checking 3313246321 |
| 01/15 | 4.66 | Online Transfer To Checking 3313246321 |
| 01/17 | 9.92 | Online Transfer To Checking 3313501453 |
| 01/28 | 10.29 | Online Transfer To Checking 3313246321 |

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 01/03 | 450.00 | Deposit |
| 01/06 | 10,000.00 | Incoming Wire Transfer (Mts No.140106007962) |
| 01/08 | 494.93 | Deposit |
| 01/08 | 100.00 | Deposit |
| 01/10 | 450.00 | Deposit |
| 01/13 | 70.25 | Deposit |
| 01/13 | 20.00 | Deposit |
| 01/17 | 450.00 | Deposit |
| 01/30 | 200.00 | Deposit |

ABSOLUT RESIDENTIAL CARE LLC
**Business Green Checking**


⊖ Total Debits
11,433.23

⊕ Total Deposits & Credits
12,235.18

⊜ Current Balance
202.51

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/03 | .56 | 01/10 | 527.13 | 01/21 | 12.80 |
| 01/06 | 1,164.71 | 01/13 | 617.38 | 01/28 | 2.51 |
| 01/07 | 164.71 | 01/15 | 612.72 | 01/30 | 202.51 |
| 01/08 | 77.13 | 01/17 | 452.80 | | |