# Roger Lenza

| | |
|---|---|
| **From:** | absolutrc . <absolutrc@gmail.com> |
| **Sent:** | Tuesday, December 17, 2013 10:55 AM |
| **To:** | Roger Lenza |
| **Subject:** | Re: WBL |

I will be using the funds for portfolio expansion. Specifically, I will be increasing the number of properties from three to five.

On Mon, Dec 16, 2013 at 5:51 PM, Roger Lenza <RLenza@wbl.com> wrote:

Selena

Please call me. Have a better rate for you.

Thanks

**Roger Lenza**

**Finance Analyst**

**World Business Lenders**

120 W. 45th St.

5th Floor

NY, NY 10036

**Direct: (212) 220-3993**

**Email: rlenza@wbl.com**

www.wbl.com

1