DocuSign Envelope ID: F6A10859-86D6-4465-9185-4A49F1A59B32

**World Business Lenders**

# BUSINESS LOAN SUMMARY*

| **Borrower:** Absolut Residential Care L.L.C. 12 Front Street, East Rochester, NH 03868 | **Lender:** World Business Lenders, LLC 120 W. 45th St., 29th Floor New York, NY 10036 |
|---|---|

| **Disbursement Amount:** |
|---|
| **$10,000.00** |
| This amount is to be disbursed on **1/6/2014**. |
| **Processing Fees:** |
| **$1,095.95** |
| Includes third-party fees incurred by Lender and certain of Lender's operating expenses ($575.00) Plus Notary Fee ($185.00), Plus Mortgage Recording ($153.00), Plus Recording Services Fee ($35.00), Plus Title Search ($112.95), Plus Tax Certificate ($35.00). |
| **Loan Amount**: |
| **$11,095.95** |
| Disbursement Amount ($10,000.00) plus Processing Fees ($1,095.95). Also referred to as "Principal." |
| **Interest Charge:** |
| **$3,795.72** |
| Total amount of interest to be paid on Loan Amount. |
| **Total Repayment Amount:** |
| **$14,891.67** |
| Loan Amount ($11,095.95) plus Interest Charge ($3,795.72). |

**Payment Schedule: 125** payments of **$118.20** due each "Business Day" commencing on **1/7/2014** until **7/3/2014**, followed by a final payment of **$116.67** on **7/7/2014** when any remaining outstanding Principal, interest and other unpaid charges shall be due and payable in full. "Business Day" means any Monday through Friday, except Federal Reserve holidays.

**Prepayment:** Borrower may make a full prepayment at any time. The prepayment charge will be equal to the greater of (a) fifteen percent (15%) of the amount of the unpaid Principal or (b) the aggregate amount required to be repaid by Borrower to Lender during the Repayment Period reduced by (i) the aggregate amount of any payments made by Borrower to Lender pursuant to Section 3 above prior to the date of such prepayment and (ii) the amount of the unpaid Principal.

**Charges:** Returned (NSF/ACH) Payment Charge: $35.00.

*If there is any conflict between the terms of this Business Loan Summary and the related Business Promissory Note and Security Agreement entered into by Borrower, the terms of the Business Promissory Note and Security Agreement shall govern.

**Borrower hereby acknowledge(s) reading and understanding all of the information disclosed above, and receiving a completed copy of this Business Loan Summary on the date indicated below.**

Read, acknowledged and accepted This Day __01__ of Month __06__ of Year __2014__ .

**Borrower: Absolut Residential Care L.L.C.**

By: ____*Selena S Randolph*____
DocuSigned by:
E95638E3455C42D...

Printed Name: ____Selena S Randolph____

Title: ____Owner____

*Rev. Oct 2012 (5day)*     WBL Initials _____ Date _____     P a g e | 1