**Book: 4683 Page: 858**

This Document Prepared by:

Selena S. Randolph

PO BOX 843, Rochester, New Hampshire 03866

After Recording Return to:

Qiayra M.C. Randolph

16 Front Street, East Rochester, New Hampshire 03868

Doc # 190011550     08/28/2019 01:06:00 PM
Book 4683 Page 858              Page 1 of 3
                      Catherine A. Berube
           Register of Deeds, Strafford County
LCHIP        STA146860         25.00
TRANS TAX    ST848680          40.00

Above this line reserved for official use only

# Quitclaim Deed

**KNOW ALL MEN BY THESE PRESENTS THAT:**

For and in consideration of $10.00, and other good and valuable consideration, cash in hand paid, the receipt and of which is hereby acknowledged, Selena S. Randolph, not married, of 16 Front Street, East Rochester, New Hampshire 03868, (the "Grantor"), does hereby convey, as well as quitclaim, unto Qiayra M. C. Randolph, not married, of 16 Front Street, Rochester, New Hampshire 03868, and Absolut Affordable Housing LLC, a New Hampshire corporation, whose tax mailing address is PO BOX 843, Rochester, New Hampshire 03868, (collectively the "Grantee"), the following lands and property, together with all improvements attached to the property, being a certain lot or parcel of land located in the Town or City of Rochester, Strafford County, New Hampshire and being further described as:

This property contains 0.160 acres of land mainly classified as TWO FAMILY with a(n) DUPLEX style building, built about 2006, having VINYL exterior and ASPH SHINGLE roof cover, with 2 unit(s), 12 room(s), 8 bedroom(s), 2 bath(s), 2 half bath(s). Minor Subdivision Plan Tax Map 102, Lot 37-1, Plan 85-61.

Prior instrument reference: Book 3438, Page 0368, Document No. 022376, of the Recorder of Strafford, NH.

Less and except all oil, gas and minerals, on and under the above described property owned by the Grantor, if any, which are reserved by the Grantor.

Subject to all easements, rights-of-way, protective covenants and mineral reservations of record, if any.

Quitclaim Deed                           Book: 4683 Page: 859

TO HAVE AND TO HOLD the same unto the Grantee and unto the Grantee's heirs and assigns forever, with all appurtenances attached to the property.

**IN WITNESS WHEREOF** this deed was executed by the Grantor on this 17th day of June, 2019.

Signed in the presence of:

*[signature: Selena S. Randolph]*
Signature                                    Selena S. Randolph

_____
Name

---

Quitclaim Deed                           Book: 4683 Page: 860

**Grantor Acknowledgement**

STATE OF NEW HAMPSHIRE

COUNTY OF  Strafford

On this 27th day of August, 2019, before me, a notary public in and for the State of New Hampshire, personally appeared Selena S. Randolph, known to me, or proven on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument, and acknowledged to me that they executed the same.

*[signature]*
Notary Public, the State of New Hampshire

County of  Strafford

Name:  Nathan A. Pepin

NATHAN A. PEPIN, Notary Public
State of New Hampshire
My Commission Expires October 3, 2023

