UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Selena S. Randolph,<br>       Plaintiff<br><br>v.<br><br>WBL SPE II, LLC, as successor to<br>World Business Lenders, LLC,<br>       Defendant | PLAINTIFF'S REPLY TO DEFENDANT'S<br>RENEWED MOTION FOR CONTEMPT<br><br>Civil No. 1:18-cv-00730-JL |

# Exhibit A – Affidavit of Selena Randolph May 10, 2019



**University of New Hampshire**

UNH School of Law
Civil Law Clinic

2 White Street
Concord, NH 03301 USA

V: (603) 225-3350
F: (603) 229-0423
TTY: 7.7.1 (Relay NH)

law.unh.edu

May 21, 2019

Susan A. Lowry, Esquire
Upton & Hatfield, LLP
P. O. Box 1090
Concord, NH  03302-1090

Re:   **Selena Randolph v. WBL SPE II, LLC**

Dear Susan:

Enclosed please find the original Affidavit of Selena Randolph explaining the loss of business records which include the leases and payment history for tenants which you had requested in discovery. Ms. Randolph explains that these documents were spoiled following a flooding of the building where she maintained these records. For this reason she is unable to produce copies and apparently does not have electronic backup either.

I suggest we discuss this further before we file anything with the court, if such a filing is necessary. Thank you.

Very truly yours,

Peter S. Wright, Jr., Esquire
Director of Clinical Programs

Enclosure

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

---

Selena Randolph,

    Plaintiff

v.                                                   Civil Case No. 1:18-cv-00730-JL

WBL SPE II, LLC,

    Defendant

---

## AFFIDAVIT OF SELENA RANDOLPH

1. My name is Selena Randolph, plaintiff in this matter; and I make the following statements based upon my personal knowledge about which I could testify in court.

2. I received discovery requests from World Business Lenders SPE II, LLC. These requests included copies of all bank statements into which funds from the WBL loan were deposited and from which payments were made. I have provided those bank statements already.

3. The other part of the request for production of documents was a list of tenants, the terms of occupancy, and the dates of each tenancy, along with copies of all leases for all properties owned by me.

4. I no longer have records of the tenants, tenancies, periods of occupancy, or copies of their leases as those records were badly water-damaged after a pipe burst in the building where I kept my business records.

5. When Serv-Pro came to clean up after the flooding, these records were destroyed.

6. Thus, I am unable to provide copies of the leases or business records pertaining to those tenancies as requested.

_05-10-19_
Date

_Selena Randolph_ (signature)
Selena Randolph

State of New Hampshire
County of Rockingham

    Signed and sworn to before me on this \_\_\_10th\_\_\_ day of \_\_\_May\_\_\_, 2019 by Selena Randolph.

_____
Notary Public/Justice of the Peace

NATHAN A. PEPIN, Notary Public
State of New Hampshire
My Commission Expires October 3, 2023

