UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Selena S. Randolph,
    Plaintiff                                   Civil No. 18-cv-730-JL
    v.

WBL SPE II, LLC, as successor
To World Business Lenders, LLC
    Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Selena Randolph, by undersigned counsel, and defendant, WBL SPE II, LLC, as successor to World Business Lenders, LLC, by its counsel, hereby stipulate to the dismissal of this case, and all claims with prejudice, with each party bearing its own costs and all rights of appeal being waived.

Respectfully submitted,

Selena Randolph

By her attorney,

*/s/ Peter S. Wright, Jr., Esq.*
Peter S. Wright, Jr., Esq. (NH Bar #2797)

UNH Franklin Pierce School of Law Clinics
Two White Street
Concord, New Hampshire 03301
(603) 493-2472 (cell) (preferred during COVID crisis)
(603) 513-5163 (office)


SBL SPE II, LLC, as successor to
World Business Lenders, LLC,

By their attorney,

*/s/ Susan Aileen Lowry, Esq.*

**Susan Aileen Lowry, Esq. NH Bar # 18955**

**Upton & Hatfield, LLP**

**10 Centre Street**

**Concord, New Hampshire 03302-1090**

**(603) 224-1090**

**slowry@uptonhatfield.com**

Certificate of Service

I certify that a copy of this Stipulation of Dismissal With Prejudice was served upon Susan A. Lowry, Esq. and Sabrina Beavens, Esq. this 10th day of July, 2020 through the Court's ECF system.

July 10, 2020                             */s/ Peter S. Wright, Jr., Esq.  NH Bar No 2797*